UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

JS-6

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-08591-HDV-AJR | Date | September 24, 2026 |
| Title | *Andres Gonzalez v. Chevron U.S.A. Inc, et al.* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING CASE**

The Court is in receipt of the parties' Joint Stipulation to Remand Case to State Court ("Stipulation"). [Dkt. 10]. In light of the Stipulation, and by its terms, the action is hereby remanded to Los Angeles County Superior Court.

**IT IS SO ORDERED.**